188 So. 920

**A. N. CHAPPELL et al. (The Bama Co.) v. BAMA BEER CO.**

**6 Div. 382.**

Supreme Court of Alabama.

April 20, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.

186 So. 912

**Ex parte J. H. COUNTRYMAN.**

**6 Div. 464.**

Supreme Court of Alabama.

Feb. 9, 1939.

Wm. A. Jacobs, of Birmingham, for petitioner.

PER CURIAM.

Reinstatement granted.

185 So. 917

**Annie Love Dowdell DENSON et al. v. Ike ADLER et al.**

**6 Div. 285.**

Supreme Court of Alabama.

Dec. 8, 1938.

Rehearing Denied Jan. 12, 1939.

Wm. D. Denson, of Birmingham, for appellants.

W. A. Denson, pro se.

Wm. S. Pritchard and David R. Solomon, both of Birmingham, for appellees.

PER CURIAM.

Affirmed on authority of Denson et al. v. First Nat. Bank, 185 So. 918,[1] and Denson et al. v. Provident Mutual Life Ins. Co., 231 Ala. 574, 166 So. 33.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.

185 So. 917

**Annie Love Dowdell DENSON et al. v. FIRST NATIONAL BANK OF BIRMINGHAM et al.**

**6 Div. 312.**

Supreme Court of Alabama.

Dec. 8, 1938.

Rehearing Denied Jan. 12, 1939.

Wm. D. Denson, of Birmingham, for appellants.

W. A. Denson, pro se.

Cabaniss & Johnston, of Birmingham, for appellees.

THOMAS, Justice.

The questions presented on this appeal have been heretofore determined adversely to appellants. Denson et al. v. Steiner Bros., Inc., et al., 235 Ala. 697, 178 So. 919; Mary H. Denson et al. v. First Nat. Bank of Birmingham et al., 185 So. 918;[1] W. A. Denson et al. v. First Nat. Bank of Birmingham et al., 185 So. 918.[2] Upon the authority of said cases, the decree of the Circuit Court of Jefferson County is affirmed.

Affirmed.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.

---

[1] Post, p. 702.

[2] Post, p. 702.